EXHIBIT# 1 - FameFlynet, Inc. v. PATHEOS, INC.

| COPYRIGHTED IMAGE | INFRINGEMENT#1 OF 2 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10365436<br>Date Taken: 06/21/2014<br>Photo Description: Jill Duggar marries Derick Dillard in Springdale, Arkansas.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1622998234<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915513 | Domain: patheos.com<br>URL: http://www.patheos.com/blogs/nolongerquivering/2014/06/from-thrift-shops-to-trendy-boutiques-jill-duggars-wedding-dress-search/<br>Observed Date: 07/07/2014 |  |
| COPYRIGHTED IMAGE | INFRINGEMENT#2 OF 2 | | WEB PAGE CAPTURE |
|  | Photo Owner: BWP Media USA Inc. d/b/a Pacific Coast News<br>Photo ID Number: 112611PCNEX_JesusEwan08.jpg<br>Date Taken: 02/05/2014<br>Photo Description: FIRST ON-SET PICS! Ewan McGregor gets into character as a holy man in the desert to film scenes for new indie flick Last Days in the Desert.<br><br>Application Number: 1-1812242512<br>Copyright Registration Date: 10/09/2014<br>Registration Number: VA0001930857 | Domain: www.patheos.com<br>URL:      http://www.patheos.com/blogs/filmchat/2014/12/ewan-mcgregor-plays-jesus-and-the-devil-in-the-last-days-in-the-desert-premiering-next-month-at-sundance.html<br>Observed Date: 01/07/2015 |  |

x

03/19/2015 14:27:08